# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

No. 1D2025-2519
_____

MIA CHAMPION,

  Appellant,

  v.

STATE OF FLORIDA,

  Appellee.

_____

On appeal from the Circuit Court for Bay County.
Dustin Stephenson, Judge.


July 17, 2026

PER CURIAM.

  AFFIRMED.

ROWE, BILBREY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Mia Champion, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.